BEFORE THE THIRD DIVISION, DECEMBER 7, 1954

No. 58568.—Julius Wile Sons & Co., Inc. v. United States, protests 176248–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

No. 58569.—National Distillers Products Corp. et al. v. United States, protests 208904–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 58570.—Browne Vintners Co., Inc. v. United States, protests 217606–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 9, 1954

No. 58571.—Naumes Forwarding Service v. United States, protest 211206–K/4466 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of buckle lighters similar in all material respects to those the subject of Abstract 57300, the claim of the plaintiff was sustained.